

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00267-CR

**ROBERT THOMAS BRUCE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 15-23163**

---

## ABATEMENT ORDER

---

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 14 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 21 days of

the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed July 19, 2017

